# EXHIBIT B

# MorrisonCohen LLP

David A. Piedra
Partner and General Counsel
(212) 735-8775
dpiedra@morrisoncohen.com

June 16, 2014

**VIA EMAIL (jhowley@sillscummis.com)**

Joshua N. Howley, Esq.
Sills Cummis & Gross
One Riverfront Plaza
Newark, New Jersey  07102-5400

      Re:    AC I Manhawkin LLC, Docket No. 14-22793 (rdd)
              AC I Manahawkin Mezz LLC, Docket No. 14-22792 (rdd)
              <u>AC I Inv Manahawkin LLC, Docket No. 14-22791 (rdd)</u>

Dear Mr. Howley:

        We represent Benjamin O. Ringel, Armstrong Capital LLC ("Armstrong") and AC I Retail Fund LLC ("AC I" and with Armstrong, the "Ringel Entities"), and write to you in connection with the above-referenced matters.  As you know, Mr. Ringel, through AC I, has a controlling interest in AC I Manahawkin LLC, AC I Manahawkin Mezz LLC and AC I Inv Manahawkin LLC (the "Manahawkin Entities").

        It has recently come to the attention of Mr. Ringel, AC I and the Manahawkin Entities that Sills Cummis & Gross P.C. (the "Firm") intends to represent Gershon Klein and Tibor Klein (the "Klein Parties") in connection with the above-referenced bankruptcy cases. Should the firm take on the representation of the Klein Parties, that representation would be in express violation of Rules 1.6 and 1.9 of the Rules of Professional Conduct.

        As you know, the Firm previously had a long relationship with Mr. Ringel and various of his affiliated entities, including the Manahawkin Entities.  For example, the Firm previously represented the Manahawkin Entities in litigation between the Manahawkin Entities and Orix Corporation.  The Manahawkin Entities paid the Firm close to $1,000,000 over three years.   The Firm also represented the Manahawkin Entities in connection with a re-financing with UBS Realty Advisors and the condemnation of an easement by Atlantic City Electric.  For years, the Firm represented Armstrong in various corporate matters, and in various litigation matters over properties owned by Armstrong, AC I or Mr. Ringel.  In connection with these and many other representations, Mr. Ringel worked closely with numerous lawyers at the Firm, including partners Noah Bronkish, Jeff Newman, Trent Dickey, Ted Zangori, David Feit and Tom Hall, as well as numerous associates of the Firm.  In connection with these representations, the Firm has acquired, and still possesses, confidential information concerning Mr. Ringel, the

# Morrison Cohen LLP

Joshua N. Howley, Esq.
June 16, 2014
Page 2

Ringel Entities and the Manahawkin Entities that was provided to the Firm in confidence, and which the Firm is ethically bound to keep confidential.

Mr. Ringel, the Ringel Entities and the Manahawkin Entities are former clients of the Firm ("Former Clients") and, as such, are entitled to assurance that the Firm will not undertake the representation of a party in a position adverse to these Former Clients. The Firm's proposed representation of the Klein Parties in connection with the referenced bankruptcy proceedings is precisely such an adverse representation and, as such, is precluded by Rules 1.6 and 1.9 of the Rules of Professional Conduct. On behalf of Mr. Ringel, AC I and the Manahawkin Entities, I request that the Firm decline its proposed representation of the Klein Parties immediately, and confirm by response to this letter that it has done so.

This letter is not intended to contain an exhaustive recitation of the relevant facts, and is submitted to you without prejudice to any of my client's rights, all of which are reserved.

I look forward to your prompt confirmation that the Firm has declined the proposed representation of the Klein Parties.

Very truly yours,

David A. Piedra

DAP:dpr

cc:     R. Max Crane, Esq. Managing Partner (via email mcrane@sillscummis.com)
        Richard H. Epstein, Esq., General Counsel (via email repstein@sillscummis.com)
        Alan Klein, Esq. (aklein@skhllp.com)

#5161707 v1 \021457 \0003

2

| Property | Invoice Date | Invoice # | Amount | Check# |
|---|---|---|---|---|
| manavill | 2/12/2003 | 021203 | 10,000.00 | 2030 |
| manavill | 5/21/2003 | 052103 | 6,400.00 | 5212003 |
| manavill | 4/21/2003 | 042103 | 10,000.00 | 4212003 |
| manavill | 12/5/2002 | 120502 | 10,000.00 | 12052002 |
| manavill | 2/28/2003 | 022803 | 20,000.00 | 2282003 |
| manavill | 11/4/2003 | 110403 | 50,000.00 | 11042003 |
| manavill | 12/4/2003 | 120403 | 15,000.00 | 12042003 |
| manavill | 8/5/2003 | 080503 | 40,000.00 | 80503 |
| manavill | 4/26/2004 | 1423865 | 972.10 | 4042 |
| suttonpl | 6/11/2004 | 1426243 | 1,142.50 | 5051 |
| manacomm | 7/20/2004 | 0704 | 8,000.00 | 4127 |
| manacomm | 9/15/2004 | 09152004 | 20,000.00 | 4172 |
| suttonpl | 11/15/2004 | 1436709 | 292.50 | 5211 |
| suttonpl | 10/15/2004 | 1434746 | 2,239.88 | 5198 |
| suttonpl | 12/15/2004 | 1438914 | 520.00 | 5240 |
| suttonpl | 1/13/2005 | 1440362 | 1,482.80 | 5263 |
| suttonpl | 3/16/2005 | 0305 | 5,000.00 | 5332 |
| manacomm | 5/12/2005 | 0505 | 20,000.00 | 4413 |
| superfr | 5/12/2005 | 0505 BCR | 5,000.00 | 8188 |
| tucker | 7/21/2005 | 7-21-05 | 4,000.00 | 60202 |
| manacomm | 7/21/2005 | 7-21-05 | 5,128.00 | 4460 |

235177.78

## Check Date

| |
|---|
| 2/14/2003 |
| 5/21/2003 |
| 4/21/2003 |
| 12/5/2002 |
| 2/28/2003 |
| 11/4/2003 |
| 12/4/2003 |
| 8/5/2003 |
| 5/4/2004 |
| 6/16/2004 |
| 7/29/2004 |
| 9/15/2004 |
| 12/17/2004 |
| 12/15/2004 |
| 1/17/2005 |
| 2/3/2005 |
| 4/12/2005 |
| 5/12/2005 |
| 5/12/2005 |
| 7/21/2005 |
| 7/21/2005 |



January 26, 2006

**VIA OVERNIGHT MAIL**

Billing Partner
Sills Cummis et, al.
30 Rockefeller Plaza
New York, NY 10012

> Re:     Benjamin Ringel, Armstrong Capital and Armstrong
>          Manahawkin LLC (collectively "Armstrong")

Dear Sir or Madam:

Armstrong was a client of Sills Cummis ("Sills") for a number of years. There was a disagreement between Armstrong and Sills over the legal services provided by Sills to Armstrong in the litigation referenced as *Armstrong Manahawkin LLC v. Orix Woodmont et, al.* and Sills representation of Armstrong in regard to challenging certain proposed NJDOT changes to Route 72 which adversely affected a property Armstrong owns on Route 72. In settlement of the dispute Sills and Armstrong agreed to reduce the outstanding legal fees of $58,838 to $39,128.29 an approximate reduction of 33%. Armstrong paid $30,000 soon thereafter leaving a $9,128 remaining balance. Armstrong had certain issues with Sills representation of Armstrong in FDS v. Armstrong as is described in previous correspondence to Sills attached hereto. Armstrong paid the remaining balance in the summer of 2005.

In the summer of 2005 a "Representative" of Sills called my mother and intimidated her into sending a check to Sills in the amount of $28,838.00. My mother will not disclose to me who called her but that person stated "if Sills is not paid the $28,838.00 your son will go to jail". Without my knowledge she immediately sent a check in that amount. Approximately 6 weeks later she told me what happened and I was disgusted and appalled. First, my parents are not involved in my business in any way and have no professional or business relationship with Sills. **Armstrong Capital and Benjamin Ringel were clients of Sills; not David or Klara Ringel.** Second, the tactics your firm employed are a clear violation of the New Jersey Ethics Rules. Third, my mother is 72 with a sick husband and a Holocaust Survivor whose biggest fear is her children being taken away from her by the authorities – as she was taken from her parents before they were killed.

On December 9, 2005 my mother received a check from Sills in the amount of $9,128.61 with no explanation.



At this point my mother demands the return of the $28,838.00 she was fruadantly induced in paying Sills within ten (10) days of receipt of this letter by Sills. Enclosed herewith is the return of the Sills $9,128.61 check.

Very truly yours,

Benjamin Ringel

Encl.

cc:  Mrs. Klara Ringel
     Matthew Delduca, Esq.

# SILLS CUMMIS RADIN TISCHMAN EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
NEW YORK, NY 10022
(212) 643-7000
FAX: (212) 643-6550

DAVID FEIT
DIRECT DIAL NUMBER:
646-735-3702

E-MAIL:
DFEIT@SILLSCUMMIS.COM

ONE RIVERFRONT PLAZA
NEWARK, NJ 07102
(973) 643-7000
FAX (973) 643-6500

ONE MARKET PLAZA
SPEAR TOWER, SUITE 1600
SAN FRANCISCO, CA 94105

October 22, 2003

Mr. Benjamin Ringel
70 East Sunrise Highway, Suite 410
Valley Stream, NY 11581

> RE:   Purchase of Woodmont/Orix Shopping Ctr.

Dear Ben:

I enclose an invoice for work performed through September 30, 2003 with regard to the above-referenced matter.

Please do not hesitate to call me if you should have any questions regarding the enclosed or any other matter.

Very truly yours,

David J. Feit

DJF:CT

Enclosure

#669245 v4

# SILLS CUMMIS RADIN TISCHMAN EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
**399 PARK AVENUE**
**23ʳᵈ FLOOR**
**NEW YORK, NY 10022**
**(212) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1414628 |
| Date | 10/15/03 |
| 01840020.000003 | - DJF |

Benjamin Ringel
Armstrong Manahawkin, LLC
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11587

FEI # 22-1920331

Re:    Purchase of Woodmont/Orix Shopping Ctr.

For legal services rendered through September 30, 2003.

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/04/03 | ARP | Telephone conference with D. Barnes of Wolff & Samson.   E-mails to B. Ringel and D. Lightner. | .40 | |
| 09/22/03 | ARP | Review of settlement sheets; meeting with D. Lightner. | .30 | |
| 09/23/03 | ARP | Telephone conference with J. Gussoff;  telephone conference with B. Ringel. | .40 | |
| 09/25/03 | ARP | Telephone conference with J. Gussoff.   Drafting letter to Judge Clyne regarding adjournment of the trial. | .60 | |
| 09/26/03 | ARP | Telephone conference with Wolff & Samson regarding schedule/settlement. | .20 | |
| | | A. Ross Pearlson | 1.90 | $712.50 |
| 09/02/03 | DML | Correspondence to client forwarding interrogatories. | .30 | |
| | | Debra M. Lightner | .30 | $70.50 |
| 09/19/03 | WTZ | General filing. | .30 | |
| 09/26/03 | WTZ | Reviewed and analyzed documents from D. Lightner's office following departure from the firm for | 3.80 | |

# SILLS CUMMIS RADIN TISCHMAN EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
**399 PARK AVENUE**
**23rd FLOOR**
**NEW YORK, NY 10022**
**(212) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1414628 |
| Date | 10/15/03 |
| 01840020.000003 | - DJF |

Benjamin Ringel
Armstrong Manahawkin, LLC
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11587

FEI#22 - 1920331

RE:  Purchase of Woodmont/Orix Shopping Ctr.

## REMITTANCE ADVICE

For legal services rendered through September 30, 2003.

| | |
|---|---:|
| Total Fees | $1,234.00 |
| Total Disbursements | $228.95 |
| **TOTAL THIS INVOICE** | **$1,462.95** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

*Debbie*

DATE:09/15/04   CK#:4172   TOTAL:$20,000.00**   BANK:as-mana2 - Armstrong Manahawkin, LLC
PAYEE:Sills Cummis Epstein & Gross(sillscum)   MEMO: 01840020.000003-DJF

Amount

| Property | Account | (Date)Invoice | Description | 20,000.00 |
|---|---|---|---|---|
| AC 1 Manahawkin LLC | Legal & | 09152004 | Past Due payment | |
| | | | | 20,000.00 |

DATE:07/29/04   CK#:4127   TOTAL:$8,000.00***   BANK:as-mana2 - Armstrong Manahawkin, LLC
PAYEE:Sills Cummis Epstein & Gross(sillscum)   MEMO: 01840020.000003-DJF

| Property | Account | (Date)Invoice | Description | Amount |
|---|---|---|---|---|
| AC 1 Manahawkin LLC | Legal & | 0704 | 01840019.000001 | 8,000.00 |
| | | | | 8,000.00 |

# SILLS CUMMIS EPSTEIN & GROSS, P.C.

**399 Park Avenue**
**New York, NY 10022**
**(212) 643-7000**
**FAX (212) 643-6550**

*Debbie - Please cut*
*Check from*
*ACI Manhattan*
*for $8000.00*
*to Sills*
*Cummis.*

**Date:** JULY 20, 2004                                    **Time**

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Mr. Benjamin Ringel | | (516) 561-1003 | (516) 568-2400 |

**FROM: DAVID FEIT, ESQ.**

**ATTORNEY NO.: 184**

**TELEPHONE DIRECT DIAL: (646) 735-3702**

Re: **Billing**

Following are various statements of account for open charges.  Please call me to discuss ASAP.

## TOTAL # OF PAGES (including cover page): 6

CLIENT NAME: RINGEL
CLIENT/MATTER #: 01840019/001

## OFFICE SERVICES USE ONLY:

THE ATTACHED TELECOPY HAS BEEN SUCCESSFULLY TRANSMITTED BY:

OPERATOR: _____  DATE/TIME: ___/___/___  ___:___ AM/PM

****CONFIDENTIALITY NOTE****

*The documents accompanying this telecopy transmission contain information from the law firm of Sills Cummis Epstein & Gross which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the comments of this telecopied information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.*

#815789 v1

07/01/04  THU 14:40 FAX 1 973 643 6500          S C E & G P.C.

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23rd FLOOR
NEW YORK, NY 10022
(212) 643-7000

STATEMENT OF ACCOUNT
Page
Date                        06/30/0
01840019.000001          - DJ

Armstrong Capital, LLC
70 East Sunrise Highway, Suite 410
Valley Stream, New York 11581
Attention: Mr. Benjamin Ringel

FEI # 22-1920331

Re:    Real Estate Advice

| DATE | DESCRIPTION | MATTER | INVOICE | AMOUNT | NET DUE |
|------|-------------|--------|---------|--------|---------|
| 04/15/03 | Invoice | 000001 | 1404062 | 596.50 | |
| | Net Due | | | | 596.50 |

TOTAL AMOUNT DUE                                   $596.50

| DATE | |
|------|--|
| GL # | |
| VENDOR # | |
| PROPERTY | |
| PROP. MGR. | |
| ASSET | |
| PRES. | |

07/01/04    THU 14:40 FAX 1 973 643 6500        S C E & G P.C.

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23rd FLOOR
NEW YORK, NY 10022
(212) 643-7000

**STATEMENT OF ACCOUNT**
Page
Date                    06/30/0
01840020.000003         - D.

Mr. Benjamin Ringel
Armstrong Manahawkin, LLC
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11581

FEI # 22-1920331

Re:    Purchase of Woodmont/Orix Shopping Ctr.

| DATE | DESCRIPTION | MATTER | INVOICE | AMOUNT | NET DUE |
|------|-------------|--------|---------|--------|---------|
| 08/19/03 | Invoice | 000003 | 1410485 | 30,198.48 | |
| 12/05/03 | Payment | 000003 | 1410485 | (13,143.79) | |
| | Net Due | | | | 17,054.69 |
| 09/22/03 | Invoice | 000003 | 1413184 | 3,183.11 | |
| | Net Due | | | | 3,183.11 |
| 10/15/03 | Invoice | 000003 | 1414628 | 1,462.95 | |
| | Net Due | | | | 1,462.95 |
| 11/11/03 | Invoice | 000003 | 1415807 | 657.30 | |
| 12/03/03 | Credit memo | 000003 | 1415807 | (300.00) | |
| | Net Due | | | | 357.30 |
| 12/11/03 | Invoice | 000003 | 1417380 | 1,239.65 | |
| | Net Due | | | | 1,239.65 |
| 01/21/04 | Invoice | 000003 | 1419498 | 5,202.59 | |
| | Net Due | | | | 5,202.59 |

07/01/04   THU 14:40 FAX 1 973 643 6500        S C E & G P.C.

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

STATEMENT OF ACCOUNT
Page
Date                        06/30/0
01840020.000003            - DJ

| DATE | DESCRIPTION | MATTER | INVOICE | AMOUNT | NET DUE |
|------|------------|--------|---------|--------|---------|
| 02/26/04 | Invoice | 000003 | 1421188 | 8,357.40 | |
| | Net Due | | | | 8,357.40 |
| 03/12/04 | Invoice | 000003 | 1421764 | 16,588.10 | |
| | Net Due | | | | 16,588.10 |

**TOTAL AMOUNT DUE**                                    $53,445.79

07/01/04   THU 14:40 FAX 1 973 643 6600        S C E & G P C.

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23rd FLOOR
NEW YORK, NY 10022
(212) 643-7000

**STATEMENT OF ACCOUNT**

Page
Date                         06/30/0
01840020.000006              - DJ

Benjamin Ringel
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11587

FEI # 22-1920331

Re:   Tuckerton Shopping Center
      Little Egg Harbor, NJ

| DATE | DESCRIPTION | MATTER | INVOICE | AMOUNT | NET DUE |
|------|-------------|--------|---------|--------|---------|
| 08/19/03 | Invoice | 000006 | 1410568 | 755.75 | |
| | Net Due | | | | 755.75 |

**TOTAL AMOUNT DUE**                              $755.75

07/01/04   THU 14:41 FAX 1 973 643 6500      S C E & G P.C.

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23ᵗʰ FLOOR
NEW YORK, NY 10022
(212) 643-7000

**STATEMENT OF ACCOUNT**

Page
Date                            06/30/0
  01840020.000007              - DJ

Mr. Benjamin Ringel
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11587

FEI # 22-1920331

Re:   Purchase of Bi-County Shopping Center
      Farmingdale, NY

| DATE | DESCRIPTION | MATTER | INVOICE | AMOUNT | NET DUE |
|------|-------------|--------|---------|--------|---------|
| 03/12/04 | Invoice | 000007 | 1421765 | 3,951.26 | |
|  | Net Due | | | | 3,951.26 |

**TOTAL AMOUNT DUE**                          **$3,951.26**

DATE:05/04/04   CK#:4042   TOTAL:$972.10*****   BANK:as-mana2 - Armstrong Manahawkin, LLC
PAYEE:Sills Cummis Epstein & Gross(sillscum)   MEMO: 01840020.000003-DJF

| Property | Account | (Date)Invoice | Description | Amount |
|---|---|---|---|---|
| Armstrong Mahahawkin | Legal & | 1423865 | Purchase of Woodmont/Orix Shopping C | 972.10 |
| | | | | 972.10 |

Safeguard

*Sills - Bill*

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION

**399 Park Avenue
New York, New York 10022
Tel: 212-643-7000
Fax: 212-643-6550**

David J. Feit, Esq.
Member of the Firm

Direct Dial: 646-735-3702
E-mail: dfeit@sillscummis.com

One Riverfront Plaza
Newark, NJ 07102
Tel: 973-643-7000
Fax: 973-643-6500

One Market
San Francisco, CA 94105
Tel: 415-643-7000
Fax: 415-643-6500

April 26, 2004

Mr. Benjamin Ringel
70 East Sunrise Highway, Suite 410
Valley Stream, NY 11581

RE:    Purchase of Woodmont/Orix Shopping Center

Dear Ben:

I enclose an invoice for work performed through March 31, 2004 with regard to the above-referenced matter.

Please do not hesitate to call me if you should have any questions regarding the enclosed or any other matter.

Very truly yours,

David J. Feit

DJF/kl
Enclosure

| DATE | |
|---|---|
| GL # | |
| VENDOR # | Sillcum |
| PROPERTY | 40 |
| PROP. MGR. | |
| ASSET MGR. | |
| PRES. | |

#754803 v2

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23rd FLOOR
NEW YORK, NY 10022
(212) 643-7000

| | |
|---|---|
| Page | 1 |
| Inv# | 1423865 |
| Date | 04/26/04 |
| 01840020.000003 | - DJF |

Mr. Benjamin Ringel
Armstrong Manahawkin, LLC
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11581

FEI # 22-1920331

Re:    Purchase of Woodmont/Orix Shopping Ctr.

For legal services rendered through March 31, 2004.

| | | | HOURS | |
|---|---|---|---|---|
| 03/01/04 | TSD | Telephone conference and e-mail with L. Benjamin; telephone conference with E. Mann regarding confidentiality of settlement; e-mail and correspondence with client regarding notification to Judge and closing attorney issues. | .80 | |
| | | Trent S. Dickey | .80 | $360.00 |
| 03/01/04 | JLJ | Telephone conference with C. Tarzik regarding additional litigation documents for lender's counsel; telephone conference with T. Dickey, client regarding notice to the court of settlement; telephone conference with T. Dickey, L. Benjamin, court regarding same; prepare e-mail correspondence to L. Benjamin regarding court's address. | 1.90 | |
| | | Jason L. Jurkevich | 1.90 | $560.50 |
| 03/04/04 | WTZ | General filing. | .40 | |

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23rd FLOOR
NEW YORK, NY 10022
(212) 643-7000

| | |
|---|---|
| Page | 2 |
| Inv# | 1423865 |
| Date | 04/26/04 |
| 01840020.000003 | - DJF |

| | HOURS | |
|---|---|---|
| William T. Zanowitz | .40 | $44.00 |
| Total Fees | 3.10 | $964.50 |

| | | | | | |
|---|---|---|---|---|---|
| Trent S. Dickey | - | .80 x | 450.00 = | 360.00 |
| Jason L. Jurkevich | - | 1.90 x | 295.00 = | 560.50 |
| William T. Zanowitz | - | .40 x | 110.00 = | 44.00 |

| | |
|---|---|
| Duplication | 1.20 |
| Facsimile Charges | 4.00 |
| Postage | 2.40 |
| Total Disbursements | $7.60 |

**TOTAL THIS INVOICE**                                    **$972.10**

# SILLS CUMMIS EPSTEIN & GROSS

A PROFESSIONAL CORPORATION
399 PARK AVENUE
23rd FLOOR
NEW YORK, NY 10022
(212) 643-7000

| | |
|---|---|
| Page | 3 |
| Inv# | 1423865 |
| Date | 04/26/04 |
| 01840020.000003 | - DJF |

Mr. Benjamin Ringel
Armstrong Manahawkin, LLC
70 East Sunrise Highway
Suite 410
Valley Stream, NY 11581

FEI#22 - 1920331

RE: Purchase of Woodmont/Orix Shopping Ctr.

## REMITTANCE ADVICE

For legal services rendered through March 31, 2004.

| | |
|---|---:|
| Total Fees | $964.50 |
| Total Disbursements | $7.60 |
| **TOTAL THIS INVOICE** | **$972.10** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.