Manahawkin Commons & Village (manahawk)

# Manahawkin Budget 2014

Period = Jan 2014-Dec 2014

326,149

|  | Aug-14 | Sep-14 | Oct-14 |
|---|---|---|---|
| **REVENUE** | | | |
| RENTAL INCOME | | | |
|   Base Rent | | 322,902.72 | 322,902.72 |
|     TOTAL RENTAL INCOME | | 322,902.72 | 322,902.72 |
| REIMBURSED EXPENSE INCOME | | | |
|   CAM Income | | 51,090.32 | 51,090.32 |
|   Real Estate Tax Income | | 58,979.09 | 58,979.09 |
|   Insurance Income | | 5,530.67 | 5,530.67 |
|   Water | | 19,507.80 | 19,507.80 |
|     TOTAL REIMBURSED EXPENSE INCOME | | 135,107.88 | 135,107.88 |
| **TOTAL REVENUE** | | 458,010.60 | 458,010.60 |
| **OPERATING EXPENSES** | | | |
| SALARY & BENEFITS | | | |
| SALARY & BENEFITS MANAGEMENT | | | |
|   Salaries | | 3,901.16 | 4,901.16 |
|   Payroll Taxes (FICA/Medicare/SUI/FUTA) | | 363.28 | 363.28 |
|   Health Insurance | | 245.11 | 245.11 |
|     TOTAL SALARY & BENEFITS | | 4,509.55 | 5,509.55 |
| PARKING LOT CLEANING | | | |
|   Litter Clean Up | | 1,477.62 | 1,477.62 |
|   Clean Islands | | 57.08 | 57.08 |
|   Spring/Fall Clean Up | | 0.00 | 0.00 |
|   Bulk Debris | | 1,826.96 | 1,826.96 |
|   Parking Lot Sweeping | | 927.00 | 927.00 |
|     TOTAL PARKING LOT CLEANING | | 4,288.66 | 4,288.66 |
| PARKING LOT MAINTENANCE | | | |
|   Storm Drain Cleaning | | 215.17 | 215.17 |
|   Pot Hole Repair | | 0.00 | 0.00 |
|   Concrete Repair | | 0.00 | 0.00 |
|   Painting Light Pole & Base | | 947.92 | 947.92 |
|     TOTAL PARKING LOT MAINTENANCE | | 1,163.08 | 1,163.08 |
| BUILDING MAINTENANCE | | | |

Manahawkin Commons & Village (manahawk)

## Manahawkin Budget 2014

Period = Jan 2014-Dec 2014

326,149

| | Aug-14 | Sep-14 | Oct-14 |
|---|---|---|---|
| Roof Repairs | | 1,895.00 | 0.00 |
| Insurance Inspection | | 0.00 | 0.00 |
| Soffit Repair | | 385.00 | 385.00 |
| Clean Mullions | | 780.00 | 780.00 |
| Misc. Building Maintenance | | 605.00 | 605.00 |
| TOTAL BUILDING MAINTENANCE | | 3,665.00 | 1,770.00 |
| | | | |
| GUTTER REPAIR | | | |
| Clean Roof Surface | | 0.00 | 1,425.00 |
| Gutter Clean / Roof Drain | | 0.00 | 1,425.00 |
| TOTAL GUTTER REPAIR | | 0.00 | 2,850.00 |
| | | | |
| PAINTING | | | |
| Graffiti Removal | | 320.00 | 320.00 |
| TOTAL PAINTING | | 320.00 | 320.00 |
| | | | |
| SIGN REPAIR | | | |
| Signage | | 0.00 | 0.00 |
| TOTAL SIGN REPAIR | | 0.00 | 0.00 |
| | | | |
| SNOW REMOVAL | | | |
| Snow Removal | | 0.00 | 0.00 |
| Snow Removal Supplies | | 0.00 | 0.00 |
| TOTAL SNOW REMOVAL | | 0.00 | 0.00 |
| | | | |
| LANDSCAPING | | | |
| Landscaping - Other - Outdoor | | 9,325.00 | 9,325.00 |
| Plantings - New Trees | | 15,000.00 | 0.00 |
| TOTAL LANDSCAPING | | 24,325.00 | 9,325.00 |
| | | | |
| JANITORIAL & TRASH | | | |
| Cleaning Contract | | 965.07 | 965.07 |
| Refuse Pickup | | 2,105.00 | 2,105.00 |
| Trash Disposal | | 1,650.00 | 1,650.00 |
| TOTAL JANITORIAL & TRASH | | 4,720.07 | 4,720.07 |
| | | | |
| FIRE & SAFETY | | | |
| Heat Controls | | 0.00 | 0.00 |
| TOTAL FIRE & SAFETY | | 0.00 | 0.00 |
| | | | |
| REPAIRS & MAINTENANCE | | | |

Manahawkin Commons & Village (manahawk)
## Manahawkin Budget 2014
Period = Jan 2014-Dec 2014

326,149

|  | Aug-14 | Sep-14 | Oct-14 |
|---|---|---|---|
| Electrical R & M |  | 1,295.00 | 1,295.00 |
| Electrical Supplies |  | 1,120.00 | 1,120.00 |
| Canopy Lighting |  | 3,500.00 | 3,500.00 |
| TOTAL REPAIRS & MAINTENANCE |  | 5,915.00 | 5,915.00 |
| SECURITY |  |  |  |
| Alarm Monitoring |  | 44.33 | 44.33 |
| TOTAL SECURITY |  | 44.33 | 44.33 |
| UTILITIES |  |  |  |
| Electric |  | 3,138.64 | 3,356.96 |
| Gas |  | 98.02 | 98.02 |
| Water & Sewer |  | 0.00 | 61,603.59 |
| TOTAL UTILITIES |  | 3,236.66 | 65,058.57 |
| INSURANCE |  |  |  |
| Property Insurance |  | 0.00 | 0.00 |
| TOTAL INSURANCE |  | 0.00 | 0.00 |
| PROPERTY TAXES |  |  |  |
| Real Estate Taxes |  | 0.00 | 0.00 |
| TOTAL PROPERTY TAXES |  | 0.00 | 0.00 |
| **TOTAL OPERATING EXPENSES** |  | 52,187.35 | 100,964.26 |
| **OPERATING INCOME** |  | 405,823.24 | 357,046.33 |
| MANAGEMENT FEES |  |  |  |
| Management Fees |  | 7,500.00 | 7,500.00 |
| Manager Fee |  | 10,000.00 | 10,000.00 |
| TOTAL MANAGEMENT FEES |  | 17,500.00 | 17,500.00 |
| ADMINISTRATION |  |  |  |
| Bank Fees |  | 569.95 | 569.95 |
| Payroll Processing Fees |  | 7.49 | 7.49 |
| Taxes & Licenses |  | 0.00 | 0.00 |
| Telephone |  | 22.37 | 22.37 |
| Travel/Mileage |  | 232.22 | 232.22 |
| Miscellaneous Administrative |  | 0.00 | 300.00 |

Manahawkin Commons & Village (manahawk)

# Manahawkin Budget 2014

Period = Jan 2014-Dec 2014

326,149

|  | Aug-14 | Sep-14 | Oct-14 |
|---|---|---|---|
| Bankruptcy Counsel Fees |  | 40,000.00 | 40,000.00 |
| TOTAL ADMINISTRATIVE |  | 40,832.04 | 41,132.04 |
|  |  |  |  |
| **NOI BEFORE OWNERS EXPENSE** |  | 347,491.21 | 298,414.30 |
|  |  |  |  |
| OWNER EXPENSES |  |  |  |
| Legal Fees |  | 0.00 | 0.00 |
| Prof Fees - Other |  | 0.00 | 0.00 |
| Leasing Commissions |  | 0.00 | 0.00 |
| Capital Improvements |  | 25,000.00 | 0.00 |
| US Trustee Fees |  | 2,166.66 | 2,166.66 |
| TOTAL OWNERS EXPENSE |  | 27,166.66 | 2,166.66 |
|  |  |  |  |
| **NET OPERATING INCOME** |  | 320,324.55 | 296,247.64 |
|  |  |  |  |
| DEBT SERVICE |  |  |  |
| Senior Lender Debt Service |  | 178,224.47 | 178,709.07 |
|  |  |  |  |
| Senior Lender Tax Payment and Replacer |  | 94,780.92 | 94,780.92 |
| Senior Lender Legal Fees |  | 35,000.00 | 35,000.00 |
| Lockbox Fees |  | 1,400.00 | 350.00 |
| TOTAL DEBT SERVICE |  | 308,005.39 | 308,489.99 |
|  |  |  |  |
| **NOI AFTER DEBT SERVICE** |  | 12,319.16 | -12,242.35 |
|  |  |  |  |
| NET INCOME |  | 12,319.16 | -12,242.35 |