| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE<br>  GENOVESE & GLUCK P.C.**<br>875 Third Avenue<br>New York, New York 10022<br>A. Mitchell Greene<br>*Attorneys for the Debtors and Debtors in Possession* | **Hearing Date:**<br>**June 9, 2015 at 10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| AC I INV MANAHAWKIN LLC,<br>AC I MANAHAWKIN MEZZ LLC, and<br>AC I MANAHAWKIN LLC, | Case No.: 14-22791 through<br>14-22793 (RDD)<br>(Jointly Administered) |
| Debtors. | |

----------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE,** that the hearing to confirm the Amended Plan of Liquidation of AC I Manahawkin, LLC has been adjourned from June 8, 2015 at 10:00 a.m to June 9, 2015 at 10:00 a.m.

**DATED:**   New York, New York
            June 4, 2015

>   **ROBINSON BROG LEINWAND GREENE
>   GENOVESE & GLUCK P.C.**
>   **Attorneys for the Debtor**
>   875 Third Avenue
>   New York, New York 10022
>   (212) 603-6300
>
>   **By: /s/ A. Mitchell Greene**
>           A. Mitchell Greene

{00733944.DOCX;1 }